## STATE OF CONNECTICUT *v.* SILVERIO ALBERRON (11518)

DALY, O'CONNELL and LANDAU, Js.

Argued April 28—decision released May 18, 1993

*Miles Gerety,* assistant public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *John Smriga,* for the appellee (state).

PER CURIAM. The judgment is affirmed.